✓ RETAIN

Nancy V. Alquist, U. S. BANKRUPTCY JUDGE

Evidentiary Hrg: Y / **N**
Exhibits Filed: Y / **N**

PROCEEDING MEMO - CHAPTER 13

Date: 10/01/2019   Time: 02:00

CASE: 19-10896 Rosemary Thomas — **FTA by debtor**

(Thaddeus Jay Holmquist) representing Rosemary Thomas (Debtor)

__ R. Herr __ F. Nix __ (B. Tucci) __
     representing Rebecca ~~A. Herr~~ (Trustee)

[26] Amended Chapter 13 Plan. Amount of Payments per Month: $100.00, per month, for 12 months, then $634.00, per month, for 48 months, Number of Months:60, Filed by Rosemary Thomas. (Attachments: #s2 Appendix list served by US mail)

**MOVANT**: Rosemary Thomas BY T Holmquist

[20] Objection to Confirmation of Plan Filed by CIT Bank, N.A. (related document(s) 16 Chapter 13 Plan filed by Debtor Rosemary Thomas). **Resolved (per Mr Tucci)**

**MOVANT**: CIT Bank, N.A. BY J Welborn

DISPOSITIONS:

Plan: Confirmed __ Modified __ Hold Interlineation:$___ Mos.___ Converted to Ch___

Denied without/with leave to amend by:_____ Conf:_____ Dismissed

**[26]** Continued to: **Oct 29, 2019 at 2:00 pm.**

Other Matters: (List Paper No next to ruling) **(One continuance to permit debtor to bring payments current and provide 2015, 2016, 2018 tax returns to trustee)**

Granted ____    Sustained ____    Denied ____
Overruled ____  Withdrawn ____    Under Adv. ____
Moot ____       Consent ____      Dismissed ____
O.T.J. Fee ____

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel     [ ] Court
    [ ] Respondent's counsel [ ] Other _____

NOTES:

**2 pymt default ($200) in Month 5**
**2015, 2016, 2018 Tax Returns missing**